FILED

MAY 0 6 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ALEXANDER NOVIK, </br></br>Plaintiff-Relator,</br></br>v.</br></br>COSMAX BTI, INC, et al.,</br></br>Defendants. | CASE NO: 1:22-cv-2171</br></br>JUDGE BRIDGET MEEHAN BRENNAN</br></br>THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE IN PART AND TO DECLINE TO INTERVENE IN PART</br></br>**FILED UNDER SEAL** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States respectfully notifies the Court of its decision to intervene in part of this action, for the purpose of settlement, with respect to claims against Defendants Cosmax USA, Corporation d/b/a Nu-World and Nu-World Corporation ("Cosmax USA") and Nu-World Corporation ("Nu-World") (collectively, "Defendants"), and declines to intervene as to the remaining parts of this action and defendants.

The Government also requests that, as provided under 31 U.S.C. § 3730(b), the seal be lifted as to the relator's Complaint, relator's Amended Complaint, this Notice, and the attached proposed Order. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' non-public investigation, including methods and thought processes for assessing relator's allegations, these submissions were provided under § 3730(b)(3) to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. *See id.* 3730(b)(2)-(3) (providing only for unsealing of the *in camera* complaint).

A proposed order accompanies this notice.

                    Respectfully submitted,

                    CAROL M. SKUTNIK
                    Acting United States Attorney

                    */s/ Jackson Froliklong*
                    JACKSON FROLIKLONG (DC: 1613008)
                    Assistant United States Attorney
                    United States Court House
                    801 West Superior Avenue, Suite 400
                    Cleveland, OH 44113
                    (216) 622-3818

                    YAAKOV M. ROTH
                    Acting Assistant Attorney General
                    Civil Division

                    *Graham D. Welch /p.g.f*
                    JAMIE A. YAVELBERG
                    COLIN M. HUNTLEY
                    GRAHAM D. WELCH
                    Attorneys, Civil Division
                    Commercial Litigation Branch
                    Post Office Box 261
                    Ben Franklin Station
                    Washington, D.C. 20044
                    (202) 307-0199